THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HARRIS, Appellant. [888 NYS2d 906]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HARRIS, Appellant. [888 NYS2d 906]

The branch of the defendant's omnibus motion which was to suppress physical evidence was properly denied. The defendant did not sustain his burden of showing that he had a reasonable expectation of privacy in the premises searched so as to have standing to challenge the warrantless search (*see People v Sanford*, 297 AD2d 759 [2002]; *People v Rosario*, 277 AD2d 943 [2000]; *People v Craig*, 155 AD2d 550 [1989]).

As the People did not offer identification testimony at the trial from the witness who made a showup identification, the defendant's contention that the court erred in denying that branch of his omnibus motion which was to suppress this identification testimony is academic (*see People v Frantz*, 1 AD3d 455, 456 [2003]; *People v Pena*, 300 AD2d 132 [2002]). Dillon, J.P., Florio, Miller and Angiolillo, JJ., concur.